1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIKA ALFARO,

11          Plaintiff,              No. CIV S-06-2437 LKK KJM PS

12      vs.

13   YWCA,

14          Defendant.              <u>ORDER</u>

15   _____/

16          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18          On February 28, 2007, the magistrate judge filed findings and recommendations

19   herein which were served on plaintiff and which contained notice to plaintiff that any objections

20   to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

21   objections to the findings and recommendations.

22          Although it appears from the file that plaintiff's copy of the findings and

23   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

24   keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),

25   service of documents at the record address of the party is fully effective.

26   /////

1

1    The court has reviewed the file and finds the findings and recommendations to be

2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3  ORDERED that:

4    1.  The findings and recommendations filed February 28, 2007, are adopted in

5  full; and

6    2.  This action be dismissed without prejudice.  See Local Rule 11-110; Fed. R.

7  Civ. P. 41(b).

8  DATED:   May 7, 2007.

9

10                                    LAWRENCE  K.  KARLTON

11                                    SENIOR  JUDGE
                                      UNITED  STATES  DISTRICT  COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26